1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-21849-ALTONAGA

| | |
|---|---|
| JESSE THRASH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SUSHI SAKE DORAL, INC., | ) |
| d/b/a/ SUSHI SAKE, and | ) |
| JAMES AGUAYO, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

_____/

PLEASE TAKE NOTICE that MARIA ELENA PÉREZ, P.A. hereby enters this Notice of Appearance on behalf of the Defendant(s) SUSHI SAKE DORAL, INC., and JAMES AGUAYO, in the above-styled cause.

IT IS HEREBY requested that the undersigned counsel be forwarded a true and correct copy of any and all pleadings filed in this cause.

IT IS FURTHER REQUESTED that the Clerk of this Court, in order to ensure the prompt appearance of the Defendant and undersigned counsel, notify the undersigned in writing of the date, time, and place of all hearings in this matter.

Respectfully submitted,

/S/ *Maria Elena Pèrez, Esq.*
The Law Offices of Maria Elena Pèrez, Esq.
Florida Bar No. 487910
145 Madeira Avenue
Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (786) 461-3444

2

**COUNSEL FOR SUSHI SAKE DORAL, INC.
AND MR. JAMES AGUAYO**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was furnished to counsel for Defendant Jesse Thrash, Mr. Lowell J. Kuvin, 17 East Flagler Street, Suite 223, Miami, Florida 33131, Sushi Sake Doral, Inc., and Mr. James Aguayo at 14629 S.W. 42nd Street, Miami, Florida 33175 this 9th day of August, 2013.

Respectfully submitted,

/S/ *Maria Elena Pèrez, Esq.*
The Law Offices of Maria Elena Pèrez, Esq.
Florida Bar No. 487910
145 Madeira Avenue
Suite 310
Coral Gables, Florida 33134
Tel.: (305) 461-3100
Fax: (786) 461-3444

**COUNSEL FOR MR. JAMES AGUAYO AND
SUSHI SAKE DORAL, INC.**