UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21849-CIV-ALTONAGA/Simonton

**JESSE THRASH**,

    Plaintiff,
vs.

**SUSHI SAKE DORAL, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Motions to Set Aside Default Judgment (the "Motions") [ECF Nos. 31 & 32], filed August 9, 2013. Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

(emphasis added). The Rule further provides that "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction . . . ." *Id.* Defendants have failed to certify that they conferred or made reasonable efforts to confer with Plaintiff. Therefore, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 31 & 32]** are **DENIED without prejudice**. If Defendants re-file a Motion to Set Aside Default, they are to file a combined motion, rather than two virtually identical motions.

Case No. 13-21849-CIV-Altonaga

**DONE AND ORDERED** in Miami, Florida this 9th day of August, 2013.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record