UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21849-CIV-ALTONAGA/Simonton

**JESSE THRASH**,

    Plaintiff,
vs.

**SUSHI SAKE DORAL, INC.**, *et al.*,

    Defendants.
_____/

### ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **September 3, 2013**. In addition, by **September 3, 2013**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of August, 2013.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Judge Altonaga and U.S. Magistrate Judge Simonton as interested parties unless they have an interest in the litigation.