**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-21849-CIV-ALTONAGA/Simonton**

**JESSE THRASH**,

Plaintiff,

vs.

**SUSHI SAKE, INC.**, *et al.*,

Defendants.
_________________________________/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice ("Motion") [ECF No. 94][1], filed on November 18, 2013. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 94]** is **GRANTED**.

[1] The parties' Settlement Agreement [ECF No. 94] contains a confidentiality provision. (*See* Settlement Agreement ¶ 16). Where the Court must approve a settlement, the settlement becomes a part of the judicial record and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002). Accordingly, parties may not submit a settlement agreement under seal or seek to have it reviewed in camera unless there is a compelling interest in secrecy. *Id.* at 928. Nevertheless, while the confidentiality provision seems to indicate the parties seek to maintain the Settlement Agreement's confidentiality, the parties did not file the Settlement Agreement under seal, so it appears on the public docket.

2. The Settlement Agreement [ECF No. 94] between Plaintiff, Jesse Thrash and Defendants, Sushi Sake, Inc. d/b/a Sushi Sake and Argelio Aguayo, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November, 2013.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record